Decided February 22, 1995

STATE OF CONNECTICUT *v.* WILLIE MCFARLAND

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 440 (AC 12549), is denied.

*Brian S. Carlow,* assistant public defender, in support of the petition.

*Pamela S. Meotti,* deputy assistant state's attorney, in opposition.

Decided February 22, 1995

STATE OF CONNECTICUT *v.* EDWARD NIEVES

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 546 (AC 12755), is denied.